James Edmond WATTS, Plaintiff— Appellant,

v.

Octavia JOHNSON, Sheriff, Defendant—Appellee.

No. 07–7110.

United States Court of Appeals, Fourth Circuit.

Submitted: Oct. 18, 2007.

Decided: Oct. 26, 2007.

James Edmond Watts, Appellant Pro Se.

Before WILKINSON, NIEMEYER, and KING, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

James Edmond Watts appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Watts v. Johnson*, No. 7:07–cv–00323–sgw, 2007 WL 2110341 (W.D. Va. July 18, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*